UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VERNON D. THOMAS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:13-cv-00588-JMS-DML |
| KROGER, | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendant Kroger and against Plaintiff Vernon D. Thomas as to all claims asserted against Kroger, such that Mr. Thomas shall take nothing by way of this action.

Dated: 02/12/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

**Distribution via United States Mail:**

VERNON D THOMAS
5713 W. Ray St.
Apt A
Indianapolis, IN 46241

**Distribution via ECF:**

Jason Thomas Clagg
BARNES & THORNBURG
jason.clagg@btlaw.com

Jennifer Rae Tudor
BARNES & THORNBURG LLP
jennifer.tudor@btlaw.com